

**RECEIVED**

NOV 17 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| S.M.P. (XXX-XX-4801) | CIVIL ACTION NO. 13-cv-0966 |
| VERSUS | JUDGE WALTER |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is affirmed.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___17___ day of __November__, 2014.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE